IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS W. GADBAW,
individually, as Surviving Spouse of
Ronda Kay Gadbaw, deceased,        JUDGMENT IN A CIVIL CASE

    Plaintiff,                              Case No. 14-cv-202-jdp

v.

TRACY M. DOWNS,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Tracy M. Downs granting his motion for summary judgment and dismissing this case.

| s/V. Olmo, Deputy Clerk | 4/13/15 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |